IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1335-LTB

PAUL FANN and LENORE FANN,

      Plaintiffs,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

      Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs Paul Fann and Lenore Fann, by and through their attorney of record, Timothy L. Nemechek, of Nemechek Law Group, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby give notice of the dismissal of the above entitled and numbered civil action. Fed. R. Civ. P. 41(a)(1)(A)(i). The dismissal is with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

WHEREFORE, Plaintiffs request that the Court take notice of the dismissal with prejudice effected by this notice.

Respectfully submitted this 26th day of November, 2013.

                                      *s/Timothy L. Nemechek*
                                      Timothy L. Nemechek
                                      Nemechek Law Group, LLC
                                      6780 S. Emporia Street
                                      Centennial, CO 80112
                                      Telephone: 303-414-2203
                                      Facsimile: 303-414-2201
                                      Email: tnemechek@n-mlegal.com
                                      *Attorney for Plaintiffs*
                                      *Paul Fann and Lenore Fann*

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2013, I electronically filed the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Michael D. Alper**
  alper@wtotrial.com, purdy@wtotrial.com, kunkler@wtotrial.com

- **Timothy L. Nemechek**
  tnemechek@n-mlegal.com, mmesta@n-mlegal.com

- **Evan Bennett Stephenson**
  stephenson@wtotrial.com, watkins@wtotrial.com

*s/*
Timothy L. Nemechek
Nemechek Law Group, LLC
6780 S. Emporia Street
Centennial, CO 80112
Telephone:  303-414-2203
Facsimile:  303-414-2201
Email:  tnemechek@n-mlegal.com
*Attorney for Plaintiffs Paul Fann and Lenore Fann*