**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-01335-LTB

PAUL FANN and
LENORE FANN,

      Plaintiffs,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

      Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Plaintiffs' Notice of Dismissal With Prejudice (Doc 4 - filed November 26, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED: December 2, 2013